UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RAZZAC ABDULLAH,

        Plaintiff,

vs.

PANKO ELECTRICAL & MAINTENANCE, INC.,
BARBARA PANKO, MIKE PANKO, SR., and
MIKE PANKO, JR.

        Defendants.

**STIPULATION OF DISMISSAL**

Civ. Act. No. 08-cv-0579
(TJM/DEP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties in the above captioned action that whereas no party is an infant or an incompetent person for whom a representative has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of Court.

_____
James B. LeBow, Esq.
LeBow & Associates, PLLC
Attorneys for the Plaintiff
Razzac Abdullah
5 Penn Plaza, 19th Floor
New York, NY 10001

_____
Paul T. Sheppard, Esq.
Hinman, Howard and Kattell, LLP
Attorneys for the Defendants Panko
Electrical and Maintenance, Inc.,
Barbara Panko, Mike Panko Sr., and
Mike Panko, Jr.
700 Security Mutual Building
80 Exchange St.
Binghamton, NY 13902-5250

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: September 13, 2011